# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**ROBERT ROBERTSON**

**VERSUS**

**BREC, ET AL.**

**CIVIL ACTION**

**NO. 18-75-JWD-RLB**

## ORDER

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report and Recommendation (Doc. 8) dated August 6, 2018, to which no opposition was filed;

**IT IS ORDERED** that the Report and Recommendation is ADOPTED IN PART and REJECTED IN PART, and that the plaintiff's claims against Defendant BREC are dismissed without prejudice pursuant to Rule 4 of the Federal Rules of Civil Procedure and Local Rule 41(b)(1)(A) for failure to serve and failure to prosecute.

Signed in Baton Rouge, Louisiana, on October 30, 2018.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA